ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN OPEN COURT
U.S.D.C. Rome

MAY 0 8 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>Victor Hugo Perez-Maldonado | Criminal Information<br><br>No. 4:26-cr-014 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 26, 2026, in the Northern District of Georgia, the defendant, Victor Hugo Perez-Maldonado, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General, or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326 (a).

THEODORE S. HERTZBERG
  *United States Attorney*

BRIAN PEARCE
  *Assistant U.S. Attorney*
Georgia Bar No. 568768
75 Ted Turner, 5th floor
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181